IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>CENTER FOR ADVANCED )<br>MANUFACTURING & TECHNOLOGY, )<br>a/k/a CAMTECH, )<br>)<br>          Debtor )<br>)<br>CENTER FOR ADVANCED )<br>MANUFACTURING & TECHNOLOGY, )<br>a/k/a CAMTECH, )<br>)<br>          Plaintiff, )<br>)<br>        v. )<br>)<br>ERIE COUNTY TECHNICAL SCHOOL, )<br>)<br>         Defendant. ) | Civil Action No. 05-296 Erie |

**ORDER**

    AND NOW, this 28th day of December, 2005, upon consideration of the Motion to Dismiss Adversary Proceeding [Doc. No. 10] filed by the Plaintiff/Debtor,

    IT IS HEREBY ORDERED the above-captioned Adversary Proceeding against Defendant Erie County Technical School is DISMISSED.

    The clerk is directed to mark the case closed.

                                                                   s/ Sean J. McLaughlin
                                                                  United States District Judge

cc: All parties of record.